DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Desperados, Inc.<br><br>Case below:<br>180 N.C. App. 378 | No. 629A06 | AG's Motion for Temporary Stay (COA05-1397) | Allowed<br>12/22/06<br><br>**Hudson, J., Recused** |
| State v. Diaz<br><br>Case below:<br>180 N.C. App. 238 | No. 620P06 | Def-Appellant's PDR Under N.C.G.S. § 7A-31 (COA05-1557) | Denied<br>01/25/07<br><br>**Hudson, J., Recused** |
| State v. Dockery<br><br>Case below:<br>179 N.C. App. 652 | No. 561P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1471) | Denied<br>01/25/07 |
| State v. Farrar<br><br>Case below:<br>177 N.C. App. 565 | No. 320P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1081) | Denied<br>01/25/07 |
| State v. Fisher<br><br>Case below:<br>171 N.C. App. 201 | No. 518P06 | Def's PWC to Review Decision of COA (COA04-1155) | Denied<br>01/25/07<br><br>**Timmons-Goodson, J., Recused** |
| State v. Franklin<br><br>Case below:<br>179 N.C. App. 435 | No. 538P06 | Def's Motion for Request for Discretionary Review (COA05-1538) | Denied<br>01/25/07 |
| State v. Gillespie<br><br>Case below:<br>180 N.C. App. 514 | No. 002P07 | AG's Motion for Temporary Stay (COA05-1182) | Allowed<br>01/08/07 |
| State v. Grant<br><br>Case below:<br>178 N.C. App. 565 | No. 481P06 | 1. Def-Appellant's NOA (Constitutional Question) (COA05-1295)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def-Appellant's PDR | 1. ——<br><br>2. Allowed<br>01/25/07<br><br>3. Denied<br>01/25/07 |
| State v. Hatchett<br><br>Case below:<br>177 N.C. App. 812 | No. 356P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-680) | Denied<br>01/25/07 |